# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
### WESTERN DIVISION

| | |
|---|---|
| CHARLES COACH, | ) |
| Plaintiff, | ) Case No. 5:16-cv-00063-KS-MTP |
| vs. | ) |
| UNION SECURITY INSURANCE COMPANY and JOHN DOE DEFENDANTS 1 THROUGH 3, | ) |
| Defendants. | ) |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Charles Coach and Defendant Union Security Insurance Company, being all parties who have appeared in this civil action, hereby stipulate, as is evidenced by the signatures of their respective counsel below, that this civil action may be dismissed, with prejudice, and without an award of fees or costs of any type whatsoever to either party.

IT IS SO STIPULATED.

FOR PLAINTIFF:

/s/ *Robert C. Boyd*
Robert C. Boyd (MSB #4218)
ROBERT BOYD AND ASSOCIATES PLLC
P.O. Box 1297
Clifton, Mississippi 39060
Telephone: (601) 925-5511
Telecopier: (601) 925-5533
robertboyd@boydattorneys.com

ATTORNEYS FOR PLAINTIFF

FOR DEFENDANT:

/s/ *S. Russell Headrick*
S. Russell Headrick (Pro Hac Vice)
Robyn L. Anderson (Pro Hac Vice)
LATHROP & GAGE LLP
2345 Grand Boulevard, Suite 2200
Kansas City, Missouri 64108-2618
Telephone: (816) 292-2000
Telecopier: (816) 292-2001
rheadrick@lathropgage.com
randerson@lathropgage.com

AND

27074998v1

-2-

        Leonard D. Van Slyke, Jr. (MSB #6589)
        Karen E. Howell (MSB #102243)
        BRUNINI, GRANTHAM, GROWER & HEWES, PLLC
        190 East Capitol Street
        The Pinnacle Building, Suite 100
        Jackson, Mississippi 39201
        Telephone:  (601) 948-3101
        Telecopier:  (601) 960-6902
        lvanslyke@brunini.com
        khowell@brunini.com

        ATTORNEYS FOR DEFENDANT